

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,477-01

### IN RE CARLOS ALBERTO DURAN, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 883673, 883677 & 883680
### IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 351st District Court of Harris County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the records on such habeas corpus applications, submitting copies of timely filed orders which designate issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed applications for writs of habeas corpus in Harris County. Should the response include orders designating issues, proof of the date the district attorney's office was served with the habeas applications and that the 180-day time frame set out in TEX. R. APP. P. 73.4(b)(5) has not expired shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: October 18, 2017
Do not publish